# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE MICHAEL BAKER CORP. | : | CIVIL ACTION NO. |
| SECURITIES LITIGATION | : | 2:08-cv-00370-JFC |
|  | : |  |

## LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PROPOSED PLAN OF ALLOCATION

Lead Plaintiffs, City of Tallahassee Retirement System and Southeastern Pennsylvania Transportation Authority respectfully move this Court for entry of an Order and Final Judgment, in the form attached hereto, certifying the Settlement Class for settlement purposes, granting final approval of the Settlement, dismissing the Action against Defendants, and approving Lead Plaintiffs' proposed Plan of Allocation.  In so moving, Lead Plaintiffs rely upon the accompanying Joint Declaration of Mark R. Rosen and Michael K. Yarnoff in Support of Lead Plaintiffs' Motions for Final Approval of Settlement, Proposed Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Litigation Expenses; Declaration of Gary Herndon In Support of Final Approval of Settlement, Proposed Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Litigation Expenses; Declaration of Nicholas J. Staffieri in Support of Final Approval of Settlement; and Memorandum of Law In Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Proposed Plan of Allocation submitted herewith.

Dated:  August 24, 2009

Respectfully Submitted,

/s/  Mark R. Rosen
Daniel E. Bacine
Mark R. Rosen (PA-31231)
Lisa M. Lamb
BARRACK RODOS & BACINE
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone:  (215) 963-0600
Facsimile:  (215) 963-0838

- and -

Michael K. Yarnoff
Benjamin J. Sweet
Bharati O. Sharma
BARROWAY TOPAZ KESSLER
    MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Co-Lead Counsel for Lead Plaintiffs*
*    and the Proposed Settlement Class*

Stanley M. Stein
FELDSTEIN, GRINBERG, STEIN &
    MCKEE
428 Boulevard of the Allies
Pittsburgh, PA 15219
Telephone: (412) 263-6125

*Liaison Counsel for Lead Plaintiffs*
*    and the Proposed Settlement Class*